```
 1  KEVIN V. RYAN, CSBN 118321
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    EDWARD A. OLSEN, CSBN 214150
 4  Assistant United States Attorney

 5     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
 6     Telephone: (415) 436-6915
       FAX: (415) 436-7169
 7
    Attorneys for Defendants
 8
```

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12

| | |
|---|---|
| NACHHATTAR SINGH, ) <br> PARAMJIT KAUR, ) <br> JASPREET SINGH, ) <br> SWARANJIT KAUR, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> U.S. Citizenship and Immigration Services; ) <br> EDUARDO AGUIRRE, Director, U.S. ) <br> Citizenship and Immigration Services; ) <br> DAVID N. STILL, District Director, USCIS ) <br> SAN FRANCISCO DISTRICT OFFICE; DON ) <br> RIDING, Officer in Charge, USCIS Fresno Sub ) <br> Office; EVELYN UPCHURCH, Acting Director, ) <br> USCIS Nebraska Service Center, ) <br> ) <br> Defendants. ) <br> _____ ) | No. C 06-1331 SC <br><br> **STIPULATION TO EXTEND TIME WITHIN WHICH THE DEFENDANTS MUST FILE AN ANSWER** |

23   Plaintiffs, by and through their attorney of record, and defendants, by and through their

24 attorneys of record, hereby stipulate, subject to the approval of the Court, to a thirty-day extension

25 of time within which the defendants must serve their answer to the complaint in the above-entitled

26 action. The defendants will file their answer on or before May 24, 2006.

27 ///

28 ///

Stipulation for Extension
C 06-1331 SC

| | | |
|---|---|---|
| 1 | Date: April 24, 2006 | Respectfully submitted, |
| 2 | | KEVIN V. RYAN<br>United States Attorney |

/s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

/s/
Date: April 24, 2006    ROBERT B. JOBE
Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:    4/25/06

IT IS SO ORDERED
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stipulation for Extension
C 06-1331 SC