Robert B. Jobe (State Bar #133089)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Ste. 150
San Francisco, CA 94108
Tel: (415) 956-5513
Fax: (866) 284-1910
Email: bob@jobelaw.com

Attorney for Plaintiffs.


UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NACHHATTAR SINGH,<br>PARAMJIT KAUR,<br>JASPREET SINGH,<br>SWARANJIT KAUR,<br><br>    Plaintiffs,<br><br>      v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION<br>SERVICES; EDUARDO AGUIRRE,<br>DIRECTOR, U.S. CITIZENSHIP AND<br>IMMIGRATION SERVICES; DAVID N.<br>STILL, DISTRICT DIRECTOR, USCIS<br>SAN FRANCISCO DISTRICT OFFICE;<br>DON RIDING, OFFICER IN CHARGE,<br>USCIS FRESNO SUB OFFICE; EVELYN<br>UPCHURCH, ACTING DIRECTOR, USCIS<br>NEBRASKA SERVICE CENTER,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. C 06-1331 SC<br><br><br>MOTION FOR VOLUNTARY<br>DISMISSAL WITHOUT<br>PREJUDICE AND [PROPOSED]<br>ORDER |

Pursuant to Civil Local Rule 7, Plaintiffs Nachhattar Singh
et al., through counsel, request that their mandamus complaint
currently pending before the Court be dismissed without
prejudice.  Subsequent to the filing of his mandamus complaint,

the I-730 petitions filed by Mr. Singh on behalf of his wife and children were approved. *See attached I-730 Approval Notices*. Therefore, Plaintiffs are no longer alleging that the U.S. Citizenship and Immigration Services is illegally delaying the adjudication of Mr. Singh's I-730 petitions.

WHEREFORE, Plaintiffs pray that this Court allow them to voluntarily dismiss their mandamus complaint, without prejudice.

DATED: May 8, 2006

/s/
_____
Robert B. Jobe
LAW OFFICE OF ROBERT JOBE
550 Kearny Street, Ste. 150
San Francisco, CA 94108
(415) 956-5513

Attorney for Plaintiffs

**[PROPOSED]** ORDER

IT IS HEREBY ORDERED that Plaintiffs' motion for dismissal of the action without prejudice be granted.

DATED:    May 9, 2006



_____
United States District Judge

2